UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Burton D. Sealey<br>Belinda Sue Sealey | Case No.: 05 B 09798<br><br>Chapter: 13 |
| Debtor(s) | Judge Susan Pierson Sonderby |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 200 South Michigan Suite 1300, Chicago, IL 60604
Christy Black, Law Offices of Peter Francis Geraci, 55 East Monroe Street, #3400, Chicago, IL 60603
Burton D. and Belinda S. Sealey, 3201 Florence Avenue, Steger, IL  60475

You are hereby notified that CROWN MORTGAGE COMPANY has made post-petition advances of $96.35 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.  In addition, the debtor(s) also remain due for the April, May and June 2007 post-petition mortgage payments in the amount of $971.13 each for a total default of $2,103.39 which has not yet been received.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 08/06/07, CROWN MORTGAGE COMPANY'S rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on July 5, 2007.

/s/ GLORIA TSOTSOS
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-05-3804)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.